# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| OLGA M. ARBELO, individually and on behalf of all others similarly situated, | Case No. 08-CV-1516 |
| Plaintiff, | Judge Lefkow |
| v. | Magistrate Judge Cox |
| CHARTER ONE BANK, | |
| Defendant. | |

## NOTICE OF AFFILIATES-DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, and Local Rule 3.2, Defendant Charter One Bank hereby certifies that it is the predecessor bank to RBS Citizens, N.A., and that RBS Citizens N.A. is a non-governmental corporate party and that no publicly held corporation holds 10% or more of RBS Citizen, N.A.'s 's stock.

RBS Citizens, N.A.'s parent company is Citizens Financial Group, Inc., which is not a publicly held corporation.

**DATED: May 19, 2008**                               Respectfully submitted,
                                                       SEYFARTH SHAW LLP


                                                       By   /s/ Jason P. Stiehl
                                                              One of Its Attorneys

Daniel M. Blouin
Jason P. Stiehl
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11480595.1

2

## **CERTIFICATE OF SERVICE**

     I, Jason P. Stiehl, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF AFFILIATES/DISCLOSURE STATEMENT to be filed electronically. Notice of these filings will be sent to the following attorneys by operation of the Court's MCM/ECF electronic filing system.

          Lance A. Raphael
          Stacy M. Bardo
          Allison Krumhorn
          The Consumer Advocacy Center, P.C.
          180 W. Washington St., Ste. 700
          Chicago, IL 60602

          By:  /s/ Jason P. Stiehl

CH1 11480595.1