**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**


Olga M. Arbelo

                          Plaintiff,

v.                                                    Case No.: 1:08–cv–01516
                                                      Honorable Joan H. Lefkow

Charter One Bank

                          Defendant.

---

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related
to: settlement conference.(mad, )Mailed notice.


Dated: June 12, 2008

                                                      /s/ Joan H. Lefkow
                                        _____

                                                      United States District Judge