Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1516 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Arbelo vs. Charter One Bank | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Non-expert discovery will close on 12/8/2008. Cut-off date for both parties to disclose experts is 12/22/2008. Status hearing is set for 9/4/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

FILED
2008 JUN 17 AM 8:19
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|