IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| OLGA M. ARBELO, individually and on behalf of all others similarly situated,      )<br>)<br>) | |
| Plaintiff,      ) | No. 08 CV 1516 |
| ) | |
| v.      )<br>) | Judge Lefkow<br>Magistrate Judge Cox |
| CHARTER ONE BANK,      )<br>) | |
| )<br>Defendant.      ) | CLASS ACTION |

### ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by Lance Raphael and Stacy Bardo for the Plaintiff and Jason Stiehl for the Defendant, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)  The parties believe that an early settlement conference **will**/will not likely result in the disposition of the case.

(B)  The parties previously agreed to make Rule 26(a)(1) disclosures on or before June ~~12,~~ 19, 2008.

(C)  The only anticipated amendments to the pleadings and/or joinder of additional parties would be, (1) to join additional Plaintiffs, or (2) to join additional Defendants (based upon discovery responses as to ATM compliance and maintenance procedures). These amendments shall be made **30 days prior to the close of non-expert discovery**.

(D)  Non-expert discovery will close on **December 8, 2008**.

(E)  The cut-off for both parties to disclose experts is **December 22, 2008**. Any rebuttal experts to be disclosed by **January 21, 2009**. Depositions of the experts

1

shall be taken **within 30 days of designation**. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F)  Any motion challenging the qualifications of a designated expert must be made **within 21 calendar days after the deposition of the expert or the close of expert discovery (February 20, 2009), whichever is earlier**. If no motion is filed, the court may deem such challenges waived.

### Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as will as on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

### Consent to Proceed Before a Magistrate Judge

At this time, the parties consent/**do not consent** to have their case proceed before a magistrate judge.

ENTERED:

*Joan H. Lefkow*
Joan Humphrey Lefkow
U.S. District Judge

6-12-08

2