IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| OLGA M. ARBELO, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 08 CV 1516 ) |
| v. | ) Judge Lefkow ) Magistrate Judge Cox |
| CHARTER ONE BANK, | ) ) CLASS ACTION |
| Defendant. | ) ) |

**NOTICE OF MOTION**

To:    See Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008 at 9:30 a.m., the undersigned counsel shall appear before the Honorable Judge Lefkow, presiding in Courtroom 1925 of the Everett McKinley Dirksen Federal Building, located at 219 South Dearborn Street, Chicago, Illinois and then and there present the parties' *Joint Motion for Entry of a Proposed Agreed Protective Order*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Phone: (312) 782-5808
Fax:  (312) 377-9930

## CERTIFICATE OF SERVICE

      I, Lance A. Raphael, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on August 11, 2008, I electronically filed the attached *Joint Motion for Entry of a Proposed Agreed Protective Order*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

                Daniel Blouin
                Jason Stiehl
                Seyfarth Shaw LLP
                131 South Dearborn
                Suite 2400
                Chicago, IL 60603

                              /s/ Lance A. Raphael