UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Olga M. Arbelo
                Plaintiff,

v.                                                Case No.: 1:08−cv−01516
                                                 Honorable Joan H. Lefkow

Charter One Bank
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held on 8/28/08. The Court inquired regarding settlement. Plaintiff's counsel advised the Court that Plaintiff does not wish to participate in settlement negotiations at this time. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to the Honorable Susan E. Cox. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.