Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1516 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Arbelo vs. Charter One Bank | | |

**DOCKET ENTRY TEXT**

Joint motion for entry of a proposed agreed protective order [19] is granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 SEP -3 PM 4:19
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|